IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MALIK DEAR,** *et al.*                                                                                              **PLAINTIFFS**

**v.**                                            **CASE NO. 2:20-CV-00072-BSM**

**CANDACE ALDERMAN**                                                                                          **DEFENDANT**

## ORDER

Pursuant to the joint stipulation of dismissal [Doc. No. 28] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE